```
             UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                      Case No. 07-cr-64-02-PB

**Jennifer Furlow**


### ORDER

**Re: Document No. 46, Motion for Return of Property**

**Ruling:** The government shall contact the state authorities who are holding the defendant's property and make a good faith effort to secure their release. The court lacks jurisdiction to compel the release of the property. Thus, in all other respects, the motion is denied.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: October 1, 2008

cc: Paul Pappas, Esq.
     Peter Papps, Esq.